SEALED

FILED

DEC 05 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  Case No. 5:08-mj-00038 TAG
                                 )
            Plaintiff,           )  ORDER SEALING ARREST WARRANT,
       v.                        )  CRIMINAL COMPLAINT, APPLICATION
                                 )  AND ORDER
OLEGARIO TRUJILLO,               )
                                 )
            Defendant.           )  **Under Seal**
                                 )
                                 )

     The United States of America has applied to this Court for an

Order permitting it to file the Criminal Complaint, Arrest

Warrant, Application, and this Order in the above-captioned case,

in camera under seal.  Upon consideration of the application and

the entire record herein,

     IT IS HEREBY ORDERED that the Criminal Complaint, Arrest

Warrant, Application, and this Order in the above-entitled

proceedings shall be filed with this Court in camera under seal

and shall not be disclosed to any person unless otherwise Ordered

by this Court.

DATED: December 4, 2008

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1